# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06-CV-28-MU

| | |
|---|---|
| **DISNEY ENTERPRISES, INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) **O R D E R** |
| **MICHAEL CASENA,** | ) |
| **Defendant.** | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Entry of Default Judgment. It appearing that Defendant has been properly served and failed to respond, and that the relief requested by Plaintiff is reasonable and warranted, this motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1) Defendant shall pay damages to Plaintiff for infringement of Plaintiff's copyrights in the total principal sum of Six Thousand Dollars ($6,000.00).

2) Defendant shall pay Plaintiff's costs of suit herein in the amount of Four Thousand Three Hundred Thirty-one Dollars and Eighty Cents ($4,331.80).

3) Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in Plaintiff's motion picture *The Incredibles*, and any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of

Plaintiff) (the "Plaintiff's Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's Motion Pictures, to distribute (i.e., upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Signed: June 1, 2006

Graham C. Mullen
United States District Judge